Peter M. de Jonge (Utah Bar No. 7185)
Gordon K. Hill (Utah Bar No. 9361)
THORPE NORTH & WESTERN, LLP
8180 South 700 East, Suite 200
Sandy, Utah 84070
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

Attorneys for Plaintiff

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 0 1 2005  11:34 a.m.

MARKUS B. ZIMMER, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMERICAN COVERS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLEXIBLE INNOVATIONS, LTD., a Texas Limited Partnership,<br><br>Defendant. | CIVIL ACTION NO.<br>2:05 CV 00083 DAK<br><br>**REPLY TO COUNTERCLAIMS**<br><br>Judge Dale A. Kimball |

Plaintiff, American Covers, Inc. (hereinafter "American Covers"), by and through counsel, hereby provides this Reply to Counterclaims. Defendant, Flexible Innovations, Ltd. (hereinafter "Flexible Innovations") filed Defendant's Answer, Affirmative Defenses, and Counterclaims with this Court on or about November 18, 2005.

1

## REPLY TO COUNTERCLAIMS

1. American Covers is without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 1 of the Counterclaims, and therefore denies same.

2. American Covers admits the averments in paragraph 2 of the Counterclaims.

3. American Covers admits the averments in paragraph 3 of the Counterclaims.

4. American Covers admits that venue is proper in this Court; American Covers admits that a case styled *Flexible Innovations, Ltd. v. American Covers, Inc.*, Civil Action No. 4-05-CV-021-A filed in the Northern District of Texas, Fort Worth Division, was dismissed; American Covers admits that Appeal No. 06-1028 in the Court of Appeals for the Federal Circuit is currently pending and the appeal speaks for itself; and American Covers denies any remaining averments in paragraph 4 of the Counterclaims.

5. American Covers admits that the current action involves U.S. Patent No. 6,673,409 B1 entitled "Frictional Holding Pad;" and American Covers is without knowledge or information sufficient to form a belief as to the truth of any remaining averments in paragraph 5 of the Counterclaims, and therefore denies same.

6. American Covers incorporates the responses to paragraphs 1 through 5 above, as though fully set forth herein.

7. American Covers denies the averments in paragraph 7 of the Counterclaims.

8. American Covers incorporates the responses to paragraphs 1 through 7 above, as though fully set forth herein.

9. American Covers denies the averments in paragraph 9 of the Counterclaims.

American Covers asserts that Flexible Innovations is not entitled to any of the relief requested in Flexible Innovations' Prayer for relief.

## AFFIRMATIVE DEFENSES

1. U.S. Patent No. 6,673,409 B1 is valid and enforceable.

2. Flexible Innovations has been and continues to make, use, import, offer to sell, and/or sell within the United States products which infringe one or more claims of U.S. Patent No. 6,673,409 B1.

DATED: December ____, 2005    THORPE NORTH & WESTERN, LLP

_____
Peter M. de Jonge
Gordon K. Hill
THORPE NORTH & WESTERN, LLP

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing REPLY TO COUNTERCLAIMS was served upon Defendant's counsel by depositing a copy of the same with the United States Post Office via first class mail, postage prepaid, in an envelope addressed to:

Richard L. Schwartz
WHITAKER CHALK SWINDLE & SAWYER, L.L.P.
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186

H. Dickson Burton
Krista Weber Powell
TRASKBRITT, PC
230 South 500 East, Suite 300
Salt Lake City, Utah 84110-2550

on this 1st day of December, 2005.

_Jennifer Jackson_